UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Criminal Action No. 6:17-CR-040-SSSS-CHB-6 |
| | ) |
| v. | ) |
| | ) **ORDER ADOPTING** |
| ABDUL M. WILKERSON, | ) **RECOMMENDATION OF** |
| | ) **ACCEPTANCE OF GUILTY PLEA** |
| | ) |
| Defendant. | ) |
| | ) |

*** *** *** ***

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram [R. 433]. The recommendation instructed the parties to file any specific written objections by no later than 9:00 a.m. on Monday, November 26, 2018, or else waive the right to further review. *See id.* at p. 3. Neither party has objected to Magistrate Judge Ingram's recommendation, and the time to do so has now passed. Defendant Wilkerson did file a consent to plead before the United States Magistrate Judge. [R. 430].

Upon review, the Court is satisfied that Defendant Abdul M. Wilkerson knowingly and competently pled guilty to the lesser included offense charged in Count 1 of the Fourth Superseding Indictment and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [**R. 433**] is

**ADOPTED** as and for the opinion of this Court;

2. Defendant Abdul M. Wilkerson is **ADJUDGED** guilty of Count 1 of the Fourth Superseding Indictment;

3. The Defendant's Jury Trial and all other pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket; and

4. A Sentencing Order shall be entered promptly.

This the 26th day of November, 2018.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY